## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| **SHANNON ASHFORD,** | ) |
| **Plaintiff,** | ) Civil Action No: 3:18-cv-00904-CMC-SVH |
| v. | ) |
| **PRICEWATERHOUSECOOPERS, LLP,** | ) NOTICE OF REMOVAL |
| **Defendant.** | ) |

Defendant PricewaterhouseCoopers LLP ("Defendant"), in accordance with 28 U.S.C. §§ 1331 and 1446, petitions this Court for removal of this action currently pending in the Court of Common Pleas of Richland County, South Carolina designated as Civil Action No. 2017-CP-7226. In support, Defendant states as follows:

1. On or about November 29, 2017, Plaintiff filed a Summons and Complaint against Defendant in the Court of Common Pleas of Richland County, South Carolina.

2. On or about March 5, 2018, Plaintiff served Defendant with the Summons and Complaint.

3. This Notice of Removal has been timely filed within thirty (30) days after service of the Complaint. *See* 28 U.S.C. § 1446(b).

4. Venue is proper in this Court. This Court is in the judicial district and division embracing the place where the state court case was brought and is pending. Thus, it is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

5. In the Complaint, Plaintiff alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.* and Section 1981, 42 U.S.C. §1981.

6. This action is removable pursuant to 28 U.S.C. § 1331, because Plaintiff's causes of action arise under the Constitution, treaties or laws of the United States.

PPAB 4176043v1

7. In accordance with 28 U.S.C. § 1446(a), attached hereto as **Exhibit 1** are copies of all process, pleadings and orders served upon Defendant in this action and/or filed in the Court of the Common Pleas for Richland County, South Carolina, Civil Action No. 2017-CP-7226.

8. This Notice of Removal is being served upon Plaintiff and is being filed concurrently with the Clerk of Court of the Common Pleas for Richland County, South Carolina. *See* 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this case be properly removed, that the Court accept jurisdiction over the action and that this action be entered into the docket of this Court for further proceedings as if the action had originally been instituted in this court.

s/Stacy K. Wood
Stacy K. Wood
S.C. Bar No. 8953; Fed. ID No. 9085
stacywood@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 335-9844
Facsimile: (704) 334-4706

*Attorney for Defendant*

April 3, 2018
Charlotte, North Carolina

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| SHANNON ASHFORD, | ) | |
| | ) | Civil Action No:_____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendant. | ) | |

I hereby certify that a copy of **NOTICE OF REMOVAL** was served upon the *pro se* Plaintiff on April 3, 2018 by U.S. Mail, addressed as follows:

>Shannon Ashford
>22 New Holland Circle
>Columbia, SC 29203

>s/Stacy K. Wood
>Stacy K. Wood
>S.C. Bar No. 8953; Fed. ID No. 9085
>stacywood@parkerpoe.com
>PARKER POE ADAMS & BERNSTEIN LLP
>Three Wells Fargo Center
>401 South Tryon Street, Suite 3000
>Charlotte, North Carolina 28202
>Telephone: (704) 335-9844
>Facsimile: (704) 334-4706
>
>*Attorney for Defendant*

3