UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| SHANNON ASHFORD, <br><br>  Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, LLP, <br><br>  Defendant. | Civil Action No: 3:18-cv-00904-CMC-SVH <br><br><br><br> DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES |

Defendant PricewaterhouseCoopers LLP ("Defendant"), by its undersigned counsel and pursuant to local rule 26.01, states as follows:

(A)  State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

   **Answer: Defendant is not aware of any such subrogation interests at this time**

(B)  As to each claim, state whether it should be tried jury or non-jury and why.

   **Answer: This case is subject to mandatory arbitration pursuant to an agreement signed by Plaintiff.**

(C)  State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

   **Answer: Defendant is not a publicly owned company.**

(D)  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

   **Answer: This case is subject to mandatory arbitration pursuant to an agreement signed by Plaintiff.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?

**Answer: Defendant is not aware that this action is related in whole or in part to any other matter filed in this District.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Answer: Not applicable.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Answer: At this time, Defendant does not contend that some other person or legal entity is liable in whole or in part to Defendant or Plaintiff**.

        s/Stacy K. Wood
        Stacy K. Wood
        S.C. Bar No. 8953; Fed. ID No. 9085
        stacywood@parkerpoe.com
        PARKER POE ADAMS & BERNSTEIN LLP
        Three Wells Fargo Center
        401 South Tryon Street, Suite 3000
        Charlotte, North Carolina 28202
        Telephone: (704) 335-9844
        Facsimile: (704) 334-4706

        *Attorney for Defendant*

April 3, 2018
Charlotte, North Carolina

**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| SHANNON ASHFORD, | ) | |
| | ) | Civil Action No:_____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendant. | ) | |

I hereby certify that a copy of **DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** was served upon the *pro se* Plaintiff on April 3, 2018 by U.S. Mail, addressed as follows:

> Shannon Ashford
> 22 New Holland Circle
> Columbia, SC 29203

> s/Stacy K. Wood
> Stacy K. Wood
> S.C. Bar No. 8953; Fed. ID No. 9085
> stacywood@parkerpoe.com
> PARKER POE ADAMS & BERNSTEIN L.L.P.
> Three Wells Fargo Center
> 401 South Tryon Street, Suite 3000
> Charlotte, North Carolina 28202
> Telephone: (704) 335-9844
> Facsimile: (704) 334-4706
>
> *Attorney for Defendant*