# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SHANNON ASHFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:18-cv-00904-CMC-SVH |
| | ) |
| PRICEWATERHOUSECOOPERS, LLP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant PricewaterhouseCoopers LLP, pursuant to 9 U.S.C. § 16(a)(1), appeals to the United States Court of Appeals for the Fourth Circuit from that portion of the District Court's Opinion and Order (Doc. No. 23), dated July 18, 2018, denying in part Defendant's Motion to Compel Arbitration and Stay or Dismiss Proceedings (Doc. No. 7).

Respectfully submitted,

s/Stacy K. Wood
Stacy K. Wood
S.C. Bar No. 8953; Fed. ID No. 9085
stacywood@parkerpoe.com
**Parker Poe Adams & Bernstein LLP**
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 335-9844
Facsimile: (704) 334-4706

Jason C. Schwartz, *admitted pro hac vice*
**Gibson, Dunn & Crutcher LLP**

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8242
jschwartz@gibsondunn.com

*Attorneys for Defendant*

August 15, 2018
Charlotte, North Carolina

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SHANNON ASHFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 3:18-cv-00904-CMC-SVH |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, the foregoing ***NOTICE OF APPEAL*** was electronically filed with the Clerk of Court using the CM/ECF system, and served upon the *pro se* Plaintiff via First Class Mail, addressed as follows:

>Shannon Ashford
>22 New Holland Circle
>Columbia, SC 29203

>s/Stacy K. Wood
>Stacy K. Wood
>S.C. Bar No. 8953; Fed. ID No. 9085
>stacywood@parkerpoe.com
>Parker Poe Adams & Bernstein LLP
>Three Wells Fargo Center
>401 South Tryon Street, Suite 3000
>Charlotte, North Carolina 28202
>Telephone: (704) 335-9844
>Facsimile: (704) 334-4706
>
>*Attorney for Defendant*